# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| JENNIFER BOURNE,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>**Defendant.** | Case No. 25-3158 |

## REPORT AND RECOMMENDATION

On December 22, 2025, the Court entered an Order directing Plaintiff to show cause within 14 days why this cause of action should not be dismissed for failure to maintain a current address on the docket. Plaintiff did not respond to the Order to Show Cause and does not have a current address on file. Without a current address for Plaintiff, the Court and parties are unable to communicate by mail with Plaintiff, so the case is essentially at a standstill.

Plaintiff has a duty to maintain a current address and has failed to do so despite multiple warnings. The Court recommends that this case be dismissed without prejudice for failure to prosecute and for failure to follow Court orders, pursuant to Federal Rule of Civil Procedure 41(b). *See also Harris v. Emanuele*, 826 F. Appx. 567, 569 (7th Cir. 2020) (affirming district court's ruling declining to reopen case after dismissal without prejudice).

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 12th day of January, 2026.

s/ ERIC I. LONG

2

_____
UNITED STATES MAGISTRATE JUDGE